1 | richmccaskillinf2 ORIGINAL

2 | LEONARDO M. RAPADAS
United States Attorney
3 | STEVE CHIAPPETTA
Special Assistant U.S. Attorney
4 | Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
5 | Hagåtña, Guam 96910
PHONE: 472-7332
6 | FAX: 472-7334

7 | Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

JAN 1 0 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

8

9 | IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

10

11 | UNITED STATES OF AMERICA, ) MAGISTRATE CASE NO: **06-00002**
)
12 | Plaintiff, ) **INFORMATION**
)
13 | vs. ) **RECKLESS DRIVING**
) [16 G.C.A. § 9107 and
14 | RICHMOND MCCASKILL ) 18 U.S.C. §§ 7(3) & 13]
)
15 | Defendant. )
_____ )

16

17 | THE UNITED STATES ATTORNEY CHARGES:

18 | On or about November 19, 2005, in the District of Guam, the defendant, RICHMOND

19 | MCCASKILL, at Naval Base Guam, on land acquired for the use of the United States and under

20 | the concurrent jurisdiction thereof, did willfully operate his motor vehicle upon Marine Corps

21 | Drive, located on Naval Base Guam, with wanton disregard for the safety of persons or property

22 | thereon, in violation of Title 16, Guam Code Annotated, Section 9107, and Title 18, United

23 | States Code, Sections 7(3) and 13.

24 | DATED this 10 day of January, 2006.

25 | LEONARDO M. RAPADAS
United States Attorney
26 | Districts of Guam and NMI

27 | By: _____
STEVE CHIAPPETTA
28 | Special Assistant U.S. Attorney