# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number MG06-00002
Same Defendant __X__  New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes** ____ **No** __X__  **Matter to be sealed:** ____ **Yes** __X__ **No**

Defendant Name _____Richmond McCaskill_____

Alias Name _____

Address _____

Birthdate __1972__ SS# __Xxx-xx-8327__ Sex __M__ Race ____ Nationality ____

**U.S. Attorney Information:**

AUSA __Steve Chiappetta__

**Interpreter:** __X__ No ____ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   __X__ Petty ____ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC 7(3) & 13 | Reckless Driving | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __11 JAN 05__   Signature of AUSA: __[signature]__

RECEIVED JAN 11 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM