JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:  (671) 472-7111
Facsimile:  (671) 472-7120

Attorney for Defendant
RICHMOND MCCASKILL

**FILED**
DISTRICT COURT OF GUAM

JAN 12 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 06-00002 |
| Plaintiff, ) | |
| vs. ) | ORDER |
| ) | SCHEDULING CHANGE OF PLEA |
| RICHMOND MCCASKILL, ) | HEARING |
| Defendant. ) | |

The Motion filed on January 11, 2006, is HEREBY GRANTED and the change of plea from not guilty to guilty shall be scheduled on Friday, January 13, 2006, at 9:45am.

DATED: Hagatna, Guam, January 12, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**