IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
JAN 13 2006 
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MG-06-00002　　　DATE: 01/13/2006

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding　　Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles　　Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 10:04:02 - 10:13:42**　　CSO: F. Tenorio

************************ **APPEARANCES** ************************

**DEFT:** RICHMOND MCCASKILL　　**ATTY:** ALEX MODABER
( X ) PRESENT　( ) CUSTODY　( ) BOND　( X ) P.R.　　( X ) PRESENT　( ) RETAINED　( X ) FPD　( ) CJA APPOINTED

**U.S. ATTORNEY:** STEVE CHIAPPETTA　　**AGENT:**

**U.S. PROBATION:** CARLEEN BORJA　　**U.S. MARSHAL:** V. ROMAN / G. PEREZ

**INTERPRETER:** _____　( ) SWORN　**LANGUAGE:** _____

***

**PROCEEDINGS:　CHANGE OF PLEA AND SENTENCING**

( X ) DEFENDANT SWORN AND EXAMINED: AGE: __33__　HIGH SCHOOL COMPLETED: __2ND YEAR COLLEGE__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE　　( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
　　OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT　( ) INFORMATION　( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*　( ) *NOT GUILTY* - TO: __RECKLESS DRIVING__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: __NO WRITTEN PLEA__　PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____　( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant pled guilty without a written plea agreement. Joint recommendation by parties to waive a presentence report and for defendant to be sentenced immediately. Defense counsel informed the Court that defendant has received administrative disciplinary action from the U.S. Navy. Government counsel stated that because of the disciplinary action imposed by the U.S. Navy, the government recommended that a special assessment fee of $10.00 be imposed and no fine. The Court concurred and imposed a special assessment fee of $10.00 to be paid immediately after sentencing.