**FILED**
**DISTRICT COURT OF GUAM**
**GUAM JAN 13 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

# UNITED STATES DISTRICT COURT
District of GUAM

UNITED STATES OF AMERICA
V.

RICHMOND MCCASKILL

JUDGMENT IN A CRIMINAL CASE
(For a Petty Offense) — Short Form

CASE NUMBER: MJ-06-00002

USM NUMBER:

ALEXANDER MODABER, Assistant Federal Public Defender
Defendant's Attorney

**THE DEFENDANT:**

X **THE DEFENDANT** pleaded guilty to count(s)  I

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 13 | RECKLESS DRIVING | 11/19/2005 | I |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| Total: | $ 10.00 | $ WAIVED |

Defendant's Soc. Sec. No.: XXX-XX-8327

Defendant's Date of Birth: XX-XX-1972

Defendant's Residence Address:

NSW/1 PSC 455 BOX 187

FPO AP 96540

JANUARY 13, 2006
Date of Imposition of Judgment

_Signature of Judge_

JOAQUIN V.E. MANIBUSAN, JR., U.S. MAGISTRATE JUDGE
Name and Title of Judge

1/13/2006
Date

Defendant's Mailing Address:

Same as above

**ORIGINAL**